1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE SHANNON, derivatively on behalf of AMYRIS, INC., | Case No. 3:13-cv-03694-WHO |
| Plaintiff, | **ORDER REGARDING SCHEDULE FOR AMENDING COMPLAINT AND DEFENDANTS' RESPONSE TO COMPLAINT** |
| v. | |
| JOHN G. MELO, ARTHUR LEVINSON, RALPH ALEXANDER, PHILIPPE BOISSEAU, JOHN DOERR, GEOFFREY DUYK, SAMIR KAUL, PATRICK PICHETTE, CAROLE PIWNICA, KEITH KINKEAD REILING, FERNANDO REINACH, NEIL RENNINGER, PETER BOYNTON, JOEL CHERRY, JERYL HILLEMAN, JEFFERSON LIEVENSE, TAMARA TOMPKINS, and MARIO PORTELA, | Filed: August 8, 2013 |
| Defendants, | |
| and | |
| AMYRIS, INC., | |
| Nominal Defendant. | |

Having considered the Stipulation Regarding Schedule for Amending Complaint and Defendants' Response to Complaint, and good cause showing,

IT IS HEREBY ORDERED AS FOLLOWS:

1) Plaintiff shall file an amended complaint, or otherwise designate his current complaint as the operative complaint, on or before November 15, 2013;

2) Defendants' deadline for responding to the complaint in this action shall be extended such that Defendants shall answer, move to dismiss, or otherwise respond to Plaintiff's operative complaint on or before January 14, 2014;

3) If Defendants file a motion to dismiss, Plaintiff shall file any opposition to that motion on or before March 17, 2014; and

4) If Defendants file a motion to dismiss, Defendants shall file any reply regarding that motion on or before April 16, 2014.

Dated: October 18, 2013

WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE