1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE SHANNON, derivatively on behalf of AMYRIS, INC., | Case No. 3:13-cv-03694-WHO |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION** |
| v. | Filed:  August 8, 2013 |
| JOHN G. MELO, ARTHUR LEVINSON, RALPH ALEXANDER, PHILIPPE BOISSEAU, JOHN DOERR, GEOFFREY DUYK, SAMIR KAUL, PATRICK PICHETTE, CAROLE  PIWNICA, KEITH KINKEAD REILING, FERNANDO REINACH, NEIL RENNINGER, PETER BOYNTON, JOEL CHERRY, JERYL HILLEMAN, JEFFERSON LIEVENSE, TAMARA TOMPKINS, and MARIO PORTELA, | |
| Defendants, | |
| and | |
| AMYRIS, INC., | |
| Nominal Defendant. | |

1   PURSUANT TO STIPULATION IT IS SO ORDERED:  The above-captioned action
2 by Plaintiff Steve Shannon is voluntarily dismissed with prejudice as to all defendants, namely
3 the defendant Company officers and directors and nominal defendant Amyris, Inc., pursuant to
4 Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs, fees, and
5 expenses, including attorneys' fees.

7 DATED:  June 23, 2014

                                    _____
                                    HON. WILLIAM H. ORRICK
                                    United States District Court for the
                                    Northern District of California